# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:05cr327 - 27 |
| ) | 3:05cr783 - 5 |
| Plaintiff, ) | |
| ) | Judge Dan A. Polster |
| - vs - ) | |
| ) | **O R D E R** |
| ARNOLD ESCOBAR, JR., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

      The above-captioned cases were referred to Magistrate Judge Vernelis K. Armstrong pursuant to General Order 99-49, with the consent of the parties, for the purpose of accepting a change of plea.  The Magistrate Judge has filed her Report & Recommendation.  No objections were filed by either party.

      The Court has listened to the taped proceedings and reviewed the Magistrate Judge's Report and Recommendation, and find that in her careful and thorough proceeding, the Magistrate Judge satisfied all requirements of Fed. R. Crim. P. 11 and the U.S. Constitution.  The defendant knowingly, intelligently, and voluntarily entered a plea of guilty to Count 1 of the indictment in 1:05cr327 and Count 1 of the indictment in 3:05cr783.  The Court hereby accepts and adopts the report and recommendation of Magistrate Judge Armstrong.   Therefore, the Court accepts the defendant's guilty plea and enters it accordingly.  The defendant is hereby

referred to the Probation Department for a pre-sentence investigation.

Upon the request of Chief Judge James G. Carr, I am adopting the report and recommendation and entering the defendant's guilty plea on his behalf. Accordingly, this order is entered in case 3:05cr783.


IT IS SO ORDERED

                                                */s/Dan Aaron Polster 9/22/06*
                                                  Dan Aaron Polster
                                                  U. S. District Judge